IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOUGLAS DYNAMICS, LLC,

                Plaintiff,

v.

MEYER PRODUCTS, LLC,

                Defendant.

ORDER

14-cv-886-jdp

---

Defendant Meyer Products, LLC, has moved to stay this patent case pending possible *inter partes* review of the patent-in-suit. Plaintiff opposes.

Meyer Products has only just petitioned the United States Patent and Trademark Office's Patent Trial and Appeal Board (PTAB) on May 21, 2015. Generally, PTAB takes about six months to determine whether to initiate review. Unless compelling circumstances are shown, this court will not stay a patent case on the basis of a mere petition for *inter partes* review. Meyer Products does not show compelling circumstances, but relies on only generally applicable reasons to stay the case. If PTAB grants the petition and initiates review, Meyer Products is encouraged to renew its motion for a stay.

Accordingly, IT IS ORDERED that defendant's motion for stay, Dkt. 12, is DENIED.

Entered July 6, 2015.

                              BY THE COURT:

                              /s/
                              _____
                              JAMES D. PETERSON
                              District Judge