IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DOUGLAS DYNAMICS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 14-cv-886 |
| v. ) | |
| ) | JURY TRIAL REQUESTED |
| MEYER PRODUCTS LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL

It is stipulated and agreed by and between the parties that the above-captioned action, including all claims and counterclaims, is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: May 31, 2017                                         Respectfully submitted,

s/Aaron T. Olejniczak                                       s/Steven M. Auvil
Aaron T. Olejniczak (#1034997)                              Steven M. Auvil
aarono@andruslaw.com                                        steven.auvil@squirepb.com
Christopher R. Liro (#1089843)                              SQUIRE PATTON BOGGS (US) LLP
chris.liro@andruslaw.com                                    4900 Key Tower, 127 Public Square
Edward R. Williams (#1001411)                               Cleveland, OH 44114
ewilliams@andruslaw.com                                     Telephone: (216) 479-8500
ANDRUS INTELLECTUAL PROPERTY LAW, LLP                       Fax: (216) 479-8780
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202                                         David Casimir
Telephone: (414) 271-7590                                   dacasimir@casimirjones.com
Facsimile: (414) 271-5770                                   CASIMIR JONES S.C.
                                                            2275 Deming Way, Suite 310
*Attorneys for Plaintiff Douglas Dynamics,*                 Middleton, WI 53562
*L.L.C.*                                                    Telephone: (608) 662-1277
                                                            Facsimile: (608) 662-1276

                                                            *Attorneys for Defendant Meyer Products LLC*